DLP DOUGHERTY LEVENTHAL & PRICE L.L.P.

PAUL T. OVEN, ESQ.
Board Certified in Civil Trial Advocacy
by the National Board of Trial Advocacy

75 Glenmaura National Blvd. • Moosic, PA 18507
Tel: (570) 347-1011 • Fax: (570) 347-7028
ptoven@dlplaw.com

August 31, 2016

Honorable Matthew W. Brann
United States District Court
Middle District of Pennsylvania
240 West Third Street, Suite 401
Williamsport, PA 17701

**RE: Michael Tyler v. Chesapeake Appalachia, et al.**
**Case No. 4:16-CV-00066**

Dear Judge Brann:

Please be advised that the above-captioned matter has settled. I am respectfully requesting that Your Honor grant a 60-day Settlement Order.

Thank you for your attention to this matter.

Very truly yours,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

PAUL T. OVEN, ESQUIRE

PTO/hm
cc: Kevin Monastra, Esquire