IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL TYLER, | : | 4:16-CV-00066 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, GREAT PLAINS OILFIELD RENTAL LLC, NOMAC DRILLING, LLC, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 31st day of August 2016, in light of the letter filed by plaintiff's' counsel this date, ECF No. 26, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge